UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8192 CAS (PLA) | Date | November 18, 2011 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. CHARLIE F. HUDSON, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| RITA SANCHEZ | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers:) ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

On July 7, 2011, plaintiff Federal National Mortgage Association, its assignees and/or successors ("FNMA") filed a complaint in Los Angeles Superior Court against defendants Charlie F. Hudson ("Hudson") and DOES 1–10 for unlawful detainer.

On July 18, 2011, Jerrod Calvin ("Calvin"), in pro per, filed a Prejudgment Claim of Right to Possession. On October 3, 2011, Calvin removed the unlawful detainer action to this Court pursuant to 28 U.S.C. § 1331, federal question jurisdiction.

Because the complaint only alleges a state law claim, on October 28, 2011, this Court ordered Calvin to show cause by November 17, 2011 why the Court should not remand the action to state court for lack of subject matter jurisdiction. Calvin failed to respond to the order to show cause.

Thus, the Court concludes that plaintiff's claim does not arise under federal law and that the Court therefore lacks subject matter jurisdiction over the action. Accordingly, the Court hereby REMANDS the action to the Los Angeles Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | RS | | |